

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**BRIAN G. MAXEY**
*Assistant Corporation Counsel*
Tel.: (212) 788-0987
Fax: (212) 788-9776
E-mail: bmaxey@law.nyc.gov

October 1, 2009

BY ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Christine Scianna v. CNY et al, 09 CV 87 (BMC)

Your Honor:

I am the Assistant Corporation Counsel assigned to the defense of the above-captioned matter. Enclosed, please find a stipulation and order of settlement and discontinuance for your endorsement.

Thank you for your consideration in this matter.

Sincerely,

/S
Brian G. Maxey

CC: BY ECF
Jon Norinsberg, Esq.
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

CHRISTINE SCIANNA,

Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. CLINTON HAWTHORNE, Shield No. 30039, Individually and in his Official Capacity, P.O. MICHAEL CARROLL, Shield No. 1776, Individually and in his Official Capacity P.O. WILLIAM SCHAU, Shield No. 19419, Individually and in his Official Capacity P.O. FRANK ALIFFI, Shield No. 13992, Individually and in his Official Capacity P.O. MICHAEL SMITH, Shield No. 18095, Individually and in his Official Capacity, SGT. NANCY CIRIGLIANO, Shield No. 1333, Individually and in her Official Capacity and P.O.s "JOHN DOE" #1-10, Individually and in their Official Capacities, (the name "John Doe" being fictitious, as the true names are presently unknown),

Defendants.

---------------------------------------------------------------------x

STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE

09-cv-0087 (BMC)

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about January 9, 2009, alleging that defendants violated her federal civil and state common law rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff the total sum of SIXTY-FIVE THOUSAND ($65,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants the City Of New York, Sgt. Cirigliano, and Police Officers Hawthorne, Schau, Carroll, Allifi, and Smith, and to release all defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorneys' fees, expenses, and costs.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be referred to, admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
September 22, 2009

JON L. NORINSBERG, ESQ.
225 Broadway, Suite 2700
New York, NY 10007
(212) 791-5396

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-0987

By: ______________________
Jon L. Norinsberg, Esq.
Attorney for Plaintiff

By: ______________________
Brian G. Maxey
Assistant Corporation Counsel

SO ORDERED:

______________________
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE